IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
JUN 14 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR. NO. 2:06CR136-MEF |
| | ) [18 USC 922(g)(1)] |
| STEVEN RANDY SULLIVAN | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 25th day of August, 2005, in Montgomery, Alabama, within the Middle District of Alabama,

**STEVEN RANDY SULLIVAN,**

defendant herein, having been convicted on September 2, 2004, of Distribution of Controlled Substance, Possession of Marijuana I and Possession of Controlled Substance, in the Circuit Court of Montgomery County Case Number, CC 2004-490, a felony for which he was sentenced to the Department of Corrections for four years, suspended with Defendant placed on supervised probation for two years, thereafter possessed, in and affecting commerce, a Lorcin .380 semi-automatic pistol, serial number 500946, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

**STEVEN RANDY SULLIVAN,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

**One Lorcin .380 semi-automatic pistol, bearing serial number 500946.**

C.  If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendants up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
John T. Harmon
Assistant United States Attorney

_____
Kent B. Brunson
Assistant United States Attorney

2