HEARING DATE: August 16, 2005 @ 9:30

IN THE PROBATE COURT FOR MONTGOMERY COUNTY

Amy Yeager                                          CASE NO. 05-C- 502
RESPONDENT

PETITION FOR INVOLUNTARY COMMITMENT

Comes petitioner, **Lyn Yeager** and presents unto your Honor that **Amy Yeager** is 28 years of age and a resident of **Autauga County**; and resides at **Unknown, and is currently located at: Jackson ER** and that your petitioner has reason to believe that said person is mentally ill; and that such beliefs are based on specific behavior, acts, attempts, or threats, which are specified and described in detail as follows

She threatened to kill herself recently and has threatened her uncle. She is emotionally unstable and refuses voluntary treatment. Her former employer had recommended that she receive counseling, but she has stopped going. She has distanced herself from friends and family. She had been missing for three days, but was found last night by family and taken to the ER. She attempted to leave AMA. Her family feels she is a threat to herself in this condition.

Physical Condition: poor, lost approx. 20 lbs.
W/F/ Height 5'2"   Weight: 130 lbs.    Hair: blond   Eyes: blue

WHEREFORE, petitioner prays that the Court will take jurisdiction of this matter, that a day be set for a hearing on this petition; that notice of the date, time and place of the hearing be given to the respondent and that a Guardian ad Litem be appointed to represent said respondent.

*I do solemnly swear or affirm that the information put forth in this petition is true and correct, based upon my personal observations and knowledge. I understand that any false statement, or statement made with reckless disregard for the truth, could result in the furtherance of fraud upon this Court, and could subject me to the full penalty of law.*

Petitioner's relationship to respondent:
Father

Sworn to and Subscribed before me
This 12th day of August, 2005.

Petitioners: Lyn Yeager
Address: 104 Stakely Dr.
Prattville, Alabama
ADL #
Telephone: 361-9238, cell-657-7036

NOTARY PUBLIC

Ex 1

43