| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** July 17, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:57 - 3:58 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr136-MEF | **DEFENDANT(S)** Steven Randy Sullivan |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Kent Brunson | * | Michael Petersen standing in for Kevin Butler |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
   Complete

☐ **PENDING MOTION STATUS:**
   #11 - defendant's motion to suppress

☐ **PLEA STATUS:**
   Plea depends on motion to suppress
   Plea notice to be filed on or before noon September 6, 2006

☐ **TRIAL STATUS**
   Trial time - 1 day

☐ **REMARKS:**