IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-136-MEF |
| | ) | |
| STEVEN RANDY SULLIVAN | ) | |

<u>RESPONSE TO MOTION TO SUPPRESS</u>

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for Middle District of Alabama, and in response to the Motion to Suppress filed by the Defendant herein, the following is submitted:

1)      On August 12, 2005, Lyn Yeager filed a Petition for Involuntary Commitment in the Probate Court for Montgomery, Alabama, asking the Court to take jurisdiction of the matter and set a date for hearing on the petition. The matter in this petition was for the involuntary commitment of Lyn Yeager's daughter, Amy Yeager, who was described in the petition as being mentally ill and having threatened to kill herself recently and threatened to kill her uncle. The petition continued that Amy Yeager was emotionally unstable and refuses voluntary treatment. The petition also stated that Amy Yeager's family feels she is a threat to herself in this condition. (See Exhibit 1)

2)      On August 25, 2005, Reese McKinney, Jr., Judge of Probate issued an Emergency Order for the involuntary commitment of Amy Yeager. The Emergency Order was for the Montgomery County Sheriff or his authorized deputy to take Amy Yeager into custody using necessary means to enter the property and forthwith deliver Amy Yeager to Baptist E.R. South / Meadhaven. The location named in the Emergency Order was 2111 Yarbrough Circle, Montgomery, Alabama, 36110, and Amy Yeager was described as W/F, DOB: 7/30/77, Age 28. (See Exhibit 2)

3)      On August 25, 2005, at 2:40 p.m., the Probate Order was served at 2111 Yarbrough Circle. Sullivan was located in a bedroom where he was lying on a bed. He was challenged and then placed on the floor of the room and searched. This search was conducted for officer safety. During the search, a semi automatic handgun was found in Sullivan's pants. The weapon was found to have a round in the chamber. Sullivan was detained until he was identified and then arrested on failure

to appear warrants issued out of Montgomery County, Circuit Court, for drug offenses. (See Exhibit 3)

    4)     The Emergency Order, pursuant to Alabama Code 22-52-7 and 8 authorized sheriff deputies to enter 2111 Yarbrough Circle. Once lawfully within the residence, the deputies were entitled to perform a security sweep of the residence for their own protection. (See Maryland v. Buie, 494 US 325 (1990). Here, Sullivan was within the residence and searched for officer safety.

    Wherefore, premises considered, the United States submits that the motion to suppress is due to be denied.

    Respectfully submitted this the 21st of July, 2006.

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    /s/ Kent B. Brunson
    KENT B. BRUNSON
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    334.223.7280
    334.223.7135 fax
    kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-136-MEF |
| | ) | |
| STEVEN RANDY SULLIVAN | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin L. Butler.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov