## IN THE PROBATE COURT FOR MONTGOMERY COUNTY

**Amy Yeager    W/F    DOB: 7/30/77 Age 28**
**RESPONDENT**

05-C 502

**2111 Yarbrough Circle, Montg. 36110**
**LOCATION**

RETURN

### EMERGENCY ORDER

In the matter of the petition filed by **Lyn Yeager** for the involuntary commitment of the above named respondent to the Alabama Department of Mental Health; and now comes **Lyn Yeager** and moves the Court to issue an emergency order confining said respondent until such time as a probable cause hearing can be held; and upon due consideration of the sworn petition and motion, the Court now finds that the following relief is appropriate; and

**IT IS ORDERED BY THE COURT** that **Amy Yeager** be detained and confined on an emergency basis at **Baptist E.R. South/Meadhaven** for treatment and evaluation until such time as a probable cause hearing shall be held;

The Court also finds that Alabama Code 22-52-7 and 8 are applicable in this case and it is therefore further **ORDERED** that the said **Baptist E.R. South/Meadhaven** be and is hereby authorized to impose such limitations and/or treatment as may become necessary and appropriate to prevent said respondent from doing substantial harm to self or to others, or to prevent said respondent from leaving the jurisdiction of the Court pending a final hearing on the merits;

**IT IS FURTHER ORDERED** by the Court that the Sheriff of Montgomery County or his authorized deputy shall take into custody the above named respondent using necessary means to enter the property and forthwith deliver said person to the proper authorities at **Baptist E.R. South/Meadhaven**

DONE this the 25th day of August, 2005.

_____
**REESE McKINNEY, JR.**
**JUDGE OF PROBATE**

Served and Transported Respondent to _Baptist ER_ this the _25th_ day of _August_, 2005

_Deputy M. Williams_, Deputy Sheriff

44