OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 08/25/05 07:15 MIL | 96 CASE # 05000911159 | 97 SFX | 98 ☐ OFFENDER ☐ CHECK IF MULTIPLE ☒ SUSPECT ☐ MISSING PERSON |

| 99 NAME (LAST, FIRST, MIDDLE) | 100 NICKNAME/ALIAS | 101 RACE | 102 SEX | 103 DOB | 104 AGE |
|---|---|---|---|---|---|
| Sullivan, Steven Randy | | ☒ W | ☒ M | 04/21/76 | 29 |

| 105 ADDRESS (STREET, CITY, STATE, ZIP) | 106 HGT | 107 WGT | 108 EYE | 109 HAIR | 110 COMPLEXION |
|---|---|---|---|---|---|
| 2111 Yarbrough Circle Montgomery, Al. 36110 | 6' | 180 | Hazel | Brown | Medium |

| 111 PROBABLE DESTINATION | 112 ARMED? | 113 WEAPON |
|---|---|---|
| Montgomery County Detention Facility | ☒ Y | Lorcin .380 & Diving Knife |

114 CLOTHING            ☐ SCARS  ☐ MARKS  ☐ TATTOOS    115 ☒ ARRESTED ☐ WANTED

**NARRATIVE:**

On 08-25-05 at approximately 1440 hrs members of the Montgomery County Special Operations Tactical Team along with MCSO Civil Units attempted to serve a Probate Order on Amy Yeager at 2111 Yarbrough Circle. After making entry into the residence the above named offender was located in the far left front bedroom, where he way lying on the bed. He was challenged and then placed on the floor of the room and searched. This search was conducted for officer safety. During the course of the search a semi-automatic handgun was found in the offenders pants (the Lorcin listed on the front of this report) and a diving knife was found strapped to the offenders left leg (under his pants, calf area of leg). At the time the weapon was taken into custody it was determined that the weapon had a round in the chamber. The offender was detained until he could be properly identified. It was due to this identification that he was arrested and transported to the Montgomery County Detention Facility on FTA Warrants issued out of Montgomery County Circuit Court for Unlawful Distribution/Control & Possession/Receiving Controlled Substances.

138 LOCAL USE: Code 18

147 CASE STATUS: ☒ PENDING
149 REPORTING OFFICER: Sgt. R. G. Windham    ID# 60680

21