IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:06cr136-MEF |
| | ) | |
| STEVEN RANDY SULLIVAN | ) | |

## REPLY TO GOVERNMENT

COMES NOW the Defendant, Steven R. Sullivan, by and through undersigned counsel, Kevin L. Butler, and replies to the government's response to Mr. Sullivan's motion to suppress.

The defense has moved to suppress the search of 2111 Yarbrough Circle, Montgomery, Alabama (the residence) on the grounds that neither the Petition for Involuntary Commitment of Amy Yeager nor any other document established probable cause for the Emergency Order authorizing the law enforcement search of the residence. In its response, the government simply ignores this argument. Instead, the government erroneously makes the conclusory argument that because an Emergency Order was issued, the search was authorized. This argument does not address or acknowledge the Fourth Amendment's requirement that probable cause must support a search warrant (i.e. Emergency Order). As the government apparently concedes there was not probable cause for the search of the residence, the search must be suppressed.

The government also asserts that under Alabama Code section 22-52-7 and 8 the Probate Judge had the authority to issue a search warrant (i.e. Emergency Order). The defense does not concede there was probable cause for the search of the residence. However, assuming *arguendo* there was cause for a search of the residence, Alabama law does not authorize a Probate Judge to issue a search warrant (i.e. Emergency Order).

Under Alabama law, probate judges do not have the authority to issue a search warrant. Alabama Rule of Criminal Procedure 3.7 outlines who is authorized to issue search warrants. Under this section, some state magistrates, municipal judges, district judges and circuit judges can

authorize searches. See Al. R. Crim. P. 3.7  Probate judges are not authorized to issue search warrants under this section.

Additionally, Alabama Rules of Criminal Procedure §§ 12-13-40 and 41 (probate judge powers and duties), do not authorize probate judges to issue warrants for searches. The Probate Judge in this case overreached his authority. Pursuant to Alabama Code § 22-52-7 (Ala. Code 1975), the filing of a petition only authorizes the probate judge to order the sheriff of the county in which the respondent is located to serve a copy of the petition upon the respondent and to bring the respondent before the probate judge instanter.

It does not authorize a Probate Judge to issue an order allowing the sheriff to take the respondent into custody "using necessary means to enter the property." The government contends that because the phrase was located in the Emergency Order it is legally sound. However, because the Probate Judge did not have the authority to enter the search condition, the Probate Judge clearly overstepped its statutory authority when it authorized the warrantless search by sheriff deputies.

WHEREFORE, because there was neither probable cause for the search of 2111 Yarbrough Circle, Montgomery, Alabama, and the probate judge did not have the authority to order the sheriff's deputies to enter 2111 Yarbrough, the search must be suppressed and all evidence seized as a result of the search must be suppressed.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | )   CR. No.: 2:06cr136-MEF |
| | ) |
| **STEVEN RANDY SULLIVAN** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                          Respectfully submitted,

                                          s/ Kevin L. Butler
                                          KEVIN L. BUTLER
                                          First Assistant Federal Defender
                                          201 Monroe Street, Suite 407
                                          Montgomery, Alabama 36104
                                          Phone: (334) 834-2099
                                          Fax: (334) 834-0353
                                          E-mail: kevin_butler@fd.org
                                          AZ Bar Code: 014138