MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE          AT MONTGOMERY, ALABAMA

DATE COMMENCED:   AUGUST 3, 2006              3:00 p.m.
DATE COMPLETED:   AUGUST 3, 2006              3:57 p.m.

UNITED STATES OF AMERICA          *
vs                                *          2:06cr136-MEF
STEVEN RANDY SULLIVAN             *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Kent Brunson | | Kevin Butler |

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy
Jimmy Dickens, Court Reporter

PROCEEDINGS:

HEARING ON DEFENDANT'S MOTION TO SUPPRESS (DOC. #11)

| Time | Event |
|---|---|
| 3:00 p.m. | Court convenes. |
| 3:01 p.m. | Witness rule invoked. |
| 3:02 p.m. | Court's questions to government regarding issues of this hearing. |
| 3:03 p.m. | Mr. Butler's statements regarding issues. |
| 3:05 p.m. | Testimony begins. Government's direct examination. (Barrett) |
| 3:17 p.m. | Mr. Butler's cross examination. (Barrett) |
| 3:37 p.m. | Court's questions to witness. (Barrett) |
| 3:40 p.m. | Mr. Butler's continued cross examination. (Barrett) |
| 3:42 p.m. | Government's redirect examination. (Barrett) |
| 3:47 p.m. | Mr. Butler's re-cross examination. (Barrett) Government rests. |
| 3:48 p.m. | Defendant rests. Mr. Butler's Oral Arguments. |
| 3:54 p.m. | Government's Oral Arguments. |
| 3:56 p.m. | Mr. Butler's rebuttal arguments. |
| 3:57 p.m. | Court recessed. |