IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA     *
    *
VS.     *     2:06cr136-MEF
    *
STEVEN RANDY SULLIVAN     *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
| --- | --- |

1. Sgt. Rodney Barrett