| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** August 21, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:20 - 3:22 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr136 -MEF | **DEFENDANT(S)** Steven Randy Sullivan |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Kent Brunson | * | Kevin Butler |

☐ **DISCOVERY STATUS:**
   No problems

☐ **PENDING MOTION STATUS:**
   Motion to suppress pending (Hearing held on 8/3/06) Report & Recommendation filed 8/18/06

☐ **PLEA STATUS:**
   Possible plea negotiations - will depend on motion to suppress

☐ **TRIAL STATUS**
   Trial time - 1 day

☐ **REMARKS:**