IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr136-MEF |
| | ) | |
| STEVEN RANDY SULLIVAN | ) | |

**MOTION TO RECONSIDER**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, to request that this Honorable Court reconsider the Recommendation previously entered in the above-styled cause and as reasons therefor, the following is submitted

1. Hearing on Defendant's Motion to Suppress was held on August 3, 2006, with Sgt. Rodney Barrett of the Montgomery County Sheriff's Office, the only witness called by the United States during the hearing. Based upon the evidence presented, the Court issued a very carefully reasoned Recommendation in which the Motion to Suppress was granted. The United States does not object to any of the proposed findings contained in the Recommendation.

2. The United States requests the court to consider additional information which directly relates to a primary concern stated in the recommendation. The court stated it could not consistently, with the requirements of the Fourth Amendment, uphold the entry and search of a private residence without evidence that the deputies had some reason, other than an address listed earlier in the day on an emergency order, to warrant their belief that Yeager was actually within the residence at the time of entry.

3. The United States herein submits a statement from Joan Miceli, Probate Court Liaison, which shows that on August 25, 2006, the date of the entry into the Yarbrough Circle residence,

Ms. Miceli received a call from Amy Yeager's mother that Amy was living in the drug house at 2111 Yarbrough Circle and included information to alert the deputies that guns would be at the residence (See Exhibit 1).  This statement clearly shows that Amy Yeager's family believed she was living at 2111 Yarbrough Circle, that the residence was a drug house and that the family felt threatened.

Wherefore, premises considered, the United States respectfully requests the Court reconsider the recommendation to grant the motion to suppress.

Respectfully submitted this the 29th day of August, 2006.

                                      LEURA G. CANARY
                                      UNITED STATES ATTORNEY

                                      /s/Kent B. Brunson
                                      KENT B. BRUNSON
                                      Assistant United States Attorney
                                      One Court Square, Suite 201
                                      Montgomery, AL 36104
                                      Phone: (334)223-7280
                                      Fax: (334)223-7135
                                      E-mail: kent.brunson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr136-MEF |
| | ) | |
| STEVEN RANDY SULLIVAN | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin Butler, Esq.

Respectfully submitted,

/s/Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: kent.brunson@usdoj.gov