<u>EXHIBIT 1</u>

# <u>*Montgomery Area Mental Health Authority*</u>

101 Coliseum Blvd., Montgomery, AL 36109

August 23, 2006

<u>To: Kent Brunson, Atty.</u>

<u>Memo: Re: Amy Yeager.</u>

On August 12, 2005 an Involuntary Commitment Petition was done by Lyn Yeager, Father to Amy Yeager, alleging Amy was threatening to harm herself and her uncle. Amy Yeager came before the Probate Court for a hearing on August 16, 2005 an Outpatient Commitment Order was given to pursue treatment at Prattville Mental Health. The Probate Court received a letter from the Prattville Mental Health on August 23, 2005 stating Amy Yeager failed her scheduled appointment . After contact by Prattville Mental Health to the family it was indicated she had not been seen in "a week." On August 25, 2005 I received a call from the Mrs. Yeager reporting Amy was located living in a "drug compound", barbed wire fence and with her "biological father, Benny Swearengin, who had gotten out of prison two months prior". The Mother reported she and Mr. Yeager had gone to the address and "They tried to kill us, set us up, when we got there." "They had guns". The Yeager's reported "Amy was living in the "drug house" at 2111 Yarbrough Circle with friends and the biological father, Mr. Swearengin". The Yeager family stated Mr. Swearengin had 2 warrants on him. The Yeager family cautioned me to make sure the deputies knew guns would be present at 2111 Yarbrough Circle?Court. The Yeager parents were concerned for Amy's emotional state and were requesting assistance from the Probate Court to have her picked up for treatment. An emergency pick up order was issued on August 25, 2005 by the Probate Court for Amy at 2111 Yarbrough Circle, and she was to be taken to the Baptist South Emergency Room/Meadhaven for evaluation and treatment.

A Probate Court Hearing was set for August 31, 2005 and the case was dismissed.

Please call if you have any questions: 832-7779.

Probate Court Liaison

*Joan M Miceli*

_____

Joan Miceli, M.S.W., L.C.S.W.