# United States District Court

for

## Middle District of Alabama

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Steven Randy Sullivan                    Case Number: 2:06cr136-MEF

Name of Releasing Judicial Officer: The Honorable Susan Russ Walker, U.S. Magistrate Judge

Date of Release: June 21, 2006 (held in custody of State of Alabama until released on July 18, 2006)

Original Offense: Convicted Felon in Possession of Firearm [18 USC 922(g)(1)]

Type of Release: $25,000 Unsecured Appearance Bond

Date of Next Court Appearance: September 18, 2006 (trial)

Conditions of Release: Maintain or actively seek employment; No firearms; Refrain from use or unlawful possession of narcotic drug; substance abuse testing; Refrain from attempting to obstruct or tamper with electronic monitoring equipment and/or substance abuse testing; Participate in program of inpatient or outpatient substance abuse treatment if deemed necessary; Report as soon as possible any contact with law enforcement; Refrain from possessing any type of drug paraphernalia; Refrain from excessive use of alcohol; Participate in Mental Health treatment.

Assistant U.S. Attorney: Kent B. Brunson                    Defense Attorney: Kevin Butler

## PETITIONING THE COURT

[ X ]   To issue a warrant
[ ]     To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition No. (q): "Submit to any method of testing required by the pretrial services officer or the supervising officer for determining whether the defendant is using a prohibited substance." | On August 29, 2006, Steven Sullivan failed to appear for a scheduled urinalysis test. |

Supervision history of defendant and actions taken by officer: The defendant has been under supervision since July 18, 2006. Since then he has tested positive twice for controlled substances. On August 28, 2006, the court was notified of these violations and advised that the defendant was reprimanded and the probation officer requested no further action. However, Sullivan is also under the supervision of the Montgomery County Mental Health Court, which is run by The Honorable Tracy McCooey, Montgomery County Circuit Court, and they advised that Sullivan failed to appear for a scheduled court hearing on August 29, 2006, and a failure to appear warrant was issued. The probation officer has left several phone messages for Sullivan, which

Sullivan has not returned. Furthermore, the probation officer contacted Sullivan's father and requested that Sullivan contact the probation officer. As of this date, Sullivan has failed to contact USPO Conoly.

U.S. Probation Officer Recommendation: Considering Sullivan's prior use of controlled substance during the short time he has been under supervision, his failure to report for a scheduled urinalysis and a scheduled local court hearing and his failure to contact his probation officer, it is respectfully recommended that a warrant be issued and Sullivan be brought before the court to determine why his bond should not be revoked.

[X]     The term of supervision should be:
      [X]     revoked.

[ ]     The conditions of supervision should be modified as follows:

by

I declare under penalty of perjury that the foregoing is true and correct

Respectfully submitted,

David A. Conoly
U.S. Probation Officer
Date: August 31, 2006

Reviewed and approved:

Scott Wright
Supervisory U. S. Probation Officer

THE COURT ORDERS:

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other

Signature of Judicial Officer

Date