IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-136-MEF |
| | ) | |
| STEVEN RANDY SULLIVAN | ) | |

## **O R D E R**

In order to allow the Court sufficient time to carefully consider the merits of defendant's motion to suppress (Doc. #11) filed on July 13, 2006 and related issues, it is hereby

ORDERED that the trial of this case set for September 18, 2006 is continued to the October 24, 2006 criminal term.

DONE this the 11th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE