## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HON. SUSAN R. WALKER, MAG JUDGE | AT | Montgomery, Alabama |
| DATE COMMENCED: 9/14/06 | AT | 4:46 P.M. TO 4:51 P.M. |
| DATE COMPLETED: 9/14/06 | TO | Digital Recorded |

UNITED STATES OF AMERICA

V.   CASE NO.: 2:06CR136-MEF-SRW

STEVEN RANDY SULLIVAN

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Kent Brunson | | Atty. Kevin Butler |

### COURT OFFICIALS PRESENT:

Court Room Deputy: Wanda Stinson

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: __INITIAL APPEARANCE RE: VIOLATION PETITION OF PRETRIAL RELEASE__

# SEE MINUTES ATTACHED

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | 06cr136 - Initial Appearance on pretrial release violation | |
|---|---|---|
| Date | 9/14/2006 | Location: Courtroom 5B |

| Time | Speaker | Note |
|---|---|---|
| 4:46:34 PM | Court | Court convenes; parties present as noted; Discussion as to the violation petition |
| 4:46:58 PM | Atty. Brunson | Response as to dismissing the petition without prejudice; Trial was set for 9/18/06 which has been continued; |
| 4:47:50 PM | Court | Inclined to do that; |
| 4:47:56 PM | Atty. Butler | Response - Do not disagree with that; |
| 4:48:32 PM | Court | Addresses the deft; Court will dismiss the petition without prejudice to allow deft to take care of the state court warrant; |
| 4:50:28 PM | Atty, Butler | Addresses the court; Will work with the pretrial services; Counsel does take some responsibility of defts action; |
| 4:51:23 PM | Court | Response as to defts meeting the conditions of the court. Court contrues govt. as to its positions as motion to dismiss without prejudice; Court will grant that motion; |
| 4:51:56 PM | Court | Court is recessed. |