IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr136-MEF |
| | ) | |
| STEVEN RANDY SULLIVAN | ) | |

## **ORDER**

Upon consideration of the government's oral motion to dismiss the petition, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The petition (Doc. # 21) filed September 1, 2006 is DISMISSED without prejudice.

DONE, this 15th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE