**COURTROOM DEPUTY'S MINUTES**                    **DATE: September 25, 2006**

**MIDDLE DISTRICT OF ALABAMA**                    **Digital Recording: 3:58 - 3:59**

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Walker**          **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 2:06cr136-MEF**          **DEFENDANT(S)**   **Steven Randy Sullivan**

---

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Verne Speirs standing in for Kent Brunson | *   Kevin Butler | |
| | * | |
| | * | |

---

❏ **DISCOVERY STATUS:**
      **Complete**

_____

_____

❏ **PENDING MOTION STATUS:**

_____

_____

_____

❏ **PLEA STATUS:**
      **Possible Plea**
      **Notice of intent to change plea to be filed on or before noon on October 11, 2006**

_____

❏ **TRIAL STATUS**
      **Trial time - 1 day**

_____

_____

❏ **REMARKS:**

_____

_____

_____

_____