IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 2:06-cr-136-MEF |
| | ) |
| STEVEN RANDY SULLIVAN | ) |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 18, 2006 (Doc. #18), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE of the court that defendant's motion to suppress (Doc. #11) is GRANTED.

DONE this the 28th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE