IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-136-MEF |
| | ) | |
| STEVEN RANDY SULLIVAN | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss the Indictment as to Steven Randy Sullivan, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this ___ day of October, 2006.

                                                  MARK E. FULLER
                                                  UNITED STATES DISTRICT JUDGE

DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed in the above styled cause as to Steven Randy Sullivan.

                                                  Respectfully submitted,

                                                  LEURA GARRETT CANARY
                                                  UNITED STATES ATTORNEY

                                                  /s/ Kent B. Brunson
                                                  KENT B. BRUNSON
                                                  Assistant United States Attorney
                                                  One Court Square, Suite 201
                                                  Montgomery, Alabama 36104
                                                  Telephone: (334) 223-7280
                                                  Fax: (334) 223-7135
                                                  kent.brunson@usdoj.gov